PROB 12B
(4/17)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Monetti             Cr.: 16-00434-001
                                                                                     PACTS #: 1749211

Name of Sentencing Judicial Officer:     THE HONORABLE KEVIN MCNULTY
                                                  UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/01/2017

Original Offense: Wire Fraud

Original Sentence: Probation – 5 years

Special Conditions: Restitution - Money, Special Assessment, Financial Disclosure, Gambling Restrictions/Registration on Exclusion Lists, Life Skills/Education, Mental Health Treatment, New Debt Restrictions, Gambling Establishment Restrictions, Self-Employment/Business Disclosure, Motor Vehicle Compliance

Type of Supervision: Probation                             Date Supervision Commenced: 06/01/2017

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

### CAUSE

At sentencing on June 1, 2017, Monetti was Court ordered to pay restitution in the amount of $293,435.16, payable in monthly payments of no less than $100. Since commencement of his supervised release term on June 1, 2017, the offender has remained unemployed and relies on monthly social services benefits in the amount of $210 in general assistance and $194 in food stamps. Prior to this time, Monetti was approved for and receiving monthly Social Security Disability benefits in the amount of $868, based on his documented diagnosis of bipolar disorder, PTSD, and anxiety disorder. However, in June 2017, Social Security denied all further SSI benefits, stating Monetti failed to complete his medical/psychiatric recertification. Monetti is appealing this decision and awaits a hearing before the Administrative Law Judge. We believe lowering the monthly restitution payment to $25 would better accommodate the offender and sufficiently serve the Court. To date, the offender has paid $320 toward his outstanding restitution obligation.

                                                                           Respectfully submitted,
                                                                           *Elizabeth Villa*
                                                                           By: Elizabeth A Villa
                                                                                Senior U.S. Probation Officer
                                                                           Date: 04/27/2018

**THE COURT ORDERS:**

☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ No Action
☐ Other

_____
Signature of Judicial Officer

4/27/2018
_____
Date