PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Monetti                          Cr.: 16-00434-001
                                                                                       PACTS #: 1749211

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                                                                    UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/01/2017

Original Offense:    Count One: WIRE FRAUD

Original Sentence: Probation – 5 years

Special Conditions: Restitution - Money, Special Assessment, Financial Disclosure, Gambling Restrictions/Registration on Exclusion Lists, Life Skills/Education, Mental Health Treatment, New Debt Restrictions, Gambling Establishment Restrictions, Self-Employment/Business Disclosure, Motor Vehicle Compliance

Type of Supervision: Probation                                      Date Supervision Commenced: 06/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1                  The offender has violated the mandatory supervision condition which states 'You must not commit another federal, state, or local crime.'

                    On June 22, 2019, the Lawrence Township, New Jersey, Police Department filed Complaint/Summons Number S 2019 000426, charging the offender with Shoplifting. The complaint charges Michael Monetti with purposely taking possession of, carrying away, transferring, or causing to be carried away or transferred merchandise, specifically described as four (4) packs of Lavazza coffee and an Igloo cooler, displayed, held, stored or offered for sale by Shop Rite with the intent to deprive Shop Rite of the possession, use, or benefit of the merchandise by converting the merchandise to his own without paying Shop Rite the full retail value thereof $71.97, specifically by walking out of the store with the selected merchandise passing all points of sale. All in violation of New Jersey Statute 2C:20-11B(1). A Disorderly Persons Offense.

                    Monetti failed to notify the U.S. Probation Office within 72 hours to advise he received a Summons in the U.S. Mail charging him with Shoplifting.

                    Monetti appeared in Lawrenceville Township Municipal Court on August 27, 2019, and September 19, 2019. On each occasion, Court was adjourned by the prosecutor's office. A trial date is set for March 8, 2020.

**U.S. Probation Officer Action:**

On August 22, 2019, the undersigned officer conducted a community visit and met with the offender for the purpose of verbally admonishing the offender for his failure to advise the undersigned that he received a summons in the mail for Shoplifting issued by the Lawrenceville Township Police Department. Monetti maintains his innocence and denies any wrongdoing. The undersigned discussed the severity of his actions and how his decision-making will/can affect his supervised release term. The undersigned reminded Monetti that he is on supervised release and he is required to notify the U.S. Probation Office of any law enforcement contact and/or notification within 72 hours.

The undersigned officer also met with the offender's outpatient mental health counselor at Behavioral Health, where the offender attends their partial care mental health program four days per week from 9:00 a.m. to 3:30 p.m. According to his counselor, Monetti is engaged in treatment and participates accordingly. He attends as scheduled and is compliant with staff. To date, the offender has remained compliant and cooperative with the U.S. Probation Office.

At this time, the undersigned officer requests that no action be taken by the Court. The undersigned will continue to closely monitor this offender and will notify the Court accordingly should Monetti be convicted of this offense and/or sustain any new criminal charges or noncompliance.

Respectfully submitted,
*Elizabeth Villa*

By: Elizabeth A. Villa
Senior U.S. Probation Officer
Date: 11/19/2019

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/19/2019
Date