PROB 12A
(7/93)

# United States District Court

## for

### District of New Jersey
### Report on Offender Under Supervision

Name of Offender: Michael Monetti

Cr.: 16-00434-001
PACTS #: 1749211

Name of Sentencing Judicial Officer:     THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/01/2017

Original Offense:     Count One: Fraud By Wire - Radio - Or Television, 18:1343.F

Original Sentence: 60 months probation

Special Conditions: Restitution - Money, Special Assessment, Financial Disclosure, Gambling
Restriction, Life Skills Counseling, Mental Health Treatment, No New Debt/Credit, Other Condition,
Place Restriction Area, Self-Employment/Business Disclosure, Community Service - Hours

Type of Supervision: Probation                    Date Supervision Commenced: 06/01/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**<br><br>On March 31, 2022, the Wayne Township, New Jersey, Police Department filed Complaint/Summons Number S-2022-000245, charging Mr. Monetti with Shoplifting. The complaint charges that on March 26, 2022, Michael Monetti took possession of Starbucks coffee merchandise valued at $223.97 and passed all points of sale without paying for the merchandise. Mr. Monetti's initial court hearing is scheduled for April 28 at 1:30 p.m. at Wayne Township Municipal Court.<br><br>Mr. Monetti failed to notify the U.S. Probation Office within 72 hours to advise he received a Summons in the U.S. Mail charging him with Shoplifting. Mr. Monetti maintains his innocence and denies any wrongdoing. This is the second time Mr. Monetti has been arrested for Shoplifting while on probation supervision. |

U.S. Probation Officer Action:
As noted above, the new charges are scheduled in Municipal Court for April 28, 2022. The probation office will continue to monitor Mr. Monetti's charges and will advise the Court in the event he is convicted. In addition, the probation office will alert Mr. Monetti's treatment provider he has been arrested and monitor his progress in addressing this criminal behavior. At this time, we are not requesting Court intervention.

Prob 12A – page 2
Michael Monetti

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Santiago A. Cornejo, Jr.*
By:   SANTIAGO A. CORNEJO, JR.
        U.S. Probation Officer

/ sac

APPROVED:

*Sharon O'Brien*          *04/26/22*
SHARON O'BRIEN          Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

/s/ Kevin McNulty
Signature of Judicial Officer

4/27/2022
Date